UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| G B SCIENCES LOUISIANA LLC | CIVIL ACTION NO. 23-1523 |
| VERSUS | JUDGE EDWARDS |
| AIRGAS U S A LLC ET AL | MAG. JUDGE MCCLUSKY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 38), and having reviewed the objections thereto, and after a de novo review of the record, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Remand (R. Doc. 15) by GB Sciences Louisiana, LLC is **GRANTED IN PART** and **DENIED IN PART**. The case shall be remanded to the Third Judicial District Court, Lincoln Parish, Louisiana for lack of subject matter jurisdiction. The request for attorney's fees and costs is denied.

**THUS ORDERED AND SIGNED** in Chambers this 29th day of September, 2025.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT